**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chrome Hearts LLC

Plaintiff,

v.

Case No.:
1:26−cv−00497

Honorable Virginia M.
Kendall

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 5/26/2026. Plaintiff's Counsel advised that the Court's Opinion [73] severed the remaining Defendants in this case and case can be closed. Case Number 26 C 6139 has been opened and assigned regarding severed Defendants. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.